UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | CRIMINAL ACTION NO. |
| v. § | No. 3:09-CR-100-B |
| § | (ECF) |
| THOMAS JAMES FREDERICK SMITH (01) § | |
| Defendant. § | |

## ORDER

On this 22nd day of April, 2010, came on to be heard the Defendant's Unopposed Motion for Continuance of Trial. Said motion is GRANTED and the trial of this case is reset to May 17, 2010 at 9:00 a.m. A pretrial conference will be rescheduled for May 14, 2010 at 2:00 p.m..

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial.

SO ORDERED.

Signed on 22nd day of April, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE