IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | 3:09-CR-100-B (01) |
| | * | |
| THOMAS JAMES FREDERICK SMITH | * | |

TO:   Kevin B Ross
Sorrels Udashen & Anton
2301 Cedar Springs Rd., Suite 400
Dallas, TX 75201
214/468-8100

## AMENDED NOTICE OF REARRAIGNMENT

**TAKE NOTICE that the above entitled case has been set for rearraignment in said Court at 1100 Commerce Street, Courtroom 1306, in the Federal Building and U.S. Courthouse before Judge Jane J. Boyle on June 10, 2010 at 1:30 p.m.**

Pursuant to Miscellaneous Order No. 58, counsel must notify the presiding judge of any proposed change to an arraignment or rearraignment scheduled in the Dallas Division no later than two business days prior to the date scheduled. The presiding judge may waive this requirement in a particular case.

If the defendant is in custody, the United States Marshals Service will allow attorney-client conferences in the Marshal's office prior to the docket; however, the time for such conferences is limited by the Marshal's schedule.

DATE:   May 10, 2010

                                                s/ Peggy Munroe
                                                Deputy Clerk
                                                Office of the Clerk
                                                1100 Commerce St., Rm 1376
                                                Dallas, TX 75242